**Opinion issued September 29, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00798-CV

———————————

## IN RE EDWARD R. NEWSOME, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Edward R. Newsome, seeks relief from this Court by petition for writ of mandamus.[1] We **deny** the petition.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

---

[1] The underlying case is *Edward R. Newsome v. Walgreen Drug Store*, No. 1995-25994 in the 189th District Court of Harris County, Texas, the Honorable Bill Burke presiding.